# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID 21, INC.,<br><br>    Plaintiff,<br>vs.<br>HUBLOT OF AMERICA, *et al.*,<br><br>    Defendants.<br>HUBLOT OF AMERICA,<br><br>    Counter-Claimants,<br>vs.<br>SOLID 21, INC.,<br><br>    Counter-Defendant. | Case No.: CV11-468-DMG (JCx)<br><br>*[Assigned to Magistrate Judge Jacqueline Chooljian in Court Room 20]*<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER AS MODIFIED**<br><br>Action Filed: 1/14/11 |

**ORDER REGARDING STIPULATED PROTECTIVE ORDER AS MODIFIED**

Good Cause having been provided by the parties' stipulation, IT IS HERBY ORDERED THAT the stipulated Protective Order be entered as requested with the following modifications:

    1.    Paragraph 11 is modified to exclude the cross-references to paragraphs 9(d) and 10(c).

1

ORDER REGARDING STIPULATED PROTECTIVE ORDER                                                                                         CV11-468 DMG (JCx)

2. Paragraph 16 is modified to delete the last sentence thereof. Nothing in the Stipulated Protective Order shall be construed to limit the Court's ability to include whatever the Court deems appropriate to include in any written or oral ruling.

3. Paragraph 25, page 13, line 14, is modified to insert "other than the Court/Court personnel" after "MATERIAL-ATTORNEYS' EYES ONLY".

IT IS SO ORDERED.

Dated: May 25, 2011 _____/s/_____
Honorable Jacqueline Chooljian
United States District Magistrate Judge