JS-6

**UNITES STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

\*NOTE CHANGES MADE BY THE COURT

| | |
|---|---|
| SOLID 21, INC., | |
| Plaintiff, | Case No.: CV11-0468 DMG (JCx) |
| vs. | |
| HUBLOT OF AMERICA, *et al.*, | **ORDER TO STAY ALL PROCEEDINGS [43]** |
| Defendants. | |
| HUBLOT OF AMERICA, | |
| Counter-Claimant, | |
| vs. | |
| SOLID 21, INC., | |
| Counter-Defendant. | |

Pursuant to the parties' August 10, 2011 stipulation, and upon good cause being shown, it is hereby **ORDERED** that:

1. <u>Stay of the Case</u>.

This case is stayed pending Plaintiff's exhaustion of all of its remedies for review of the Honorable Gary Allen Feess' June 20, 2011 order in a parallel action commenced by Plaintiff against Breitling USA, Inc., among others, Case No.: 2:11-cv-00457-GAF-PLA, finding that Plaintiff's registered trademark for the word mark "RED GOLD" (the "Trademark") is generic and unprotectable (the "Dismissal Oder").

//
//
//

2. <u>Conditional Dismissal</u>.

    a. If the final arbiter on appellate review of the Dismissal Order affirms the Dismissal Order on the basis that the Trademark is generic or otherwise holds that the Trademark is generic, or Plaintiff fails to timely litigate any available appeal:

        i. Plaintiff shall dismiss all claims and causes of action asserted in the Complaint in this case, as to all parties (served and unserved), with prejudice;

        ii. Pursuant to Trademark Manual of Examining Procedure Section 1608, Plaintiff shall voluntarily and expressly surrender for cancellation its U.S. trademark Registration No. 2793987 in all classes;

        iii. Plaintiff shall consent to judgment on Defendant Hublot of America's Counterclaims in their entirety except to the extent that the counterclaims seek recovery of fees and costs.

Upon the occurrence of the above, each party agrees and acknowledges that it will bear its own costs, expenses and fees, including expert fees and attorney's fees on both the Complaint and Counter-Complaint.

    b. If the final arbiter on appellate review of the Dismissal Order does not affirm the Dismissal Order on the basis that the Trademark is generic or does not otherwise hold that the Trademark is generic, the parties shall jointly request the Court to resume this case, and shall suggest to the Court a discovery and trial schedule that is commensurate with the discovery and trial schedule currently in place.

3. <u>This Case Shall Be Administratively Closed</u>.

This case shall be placed in inactive status. This Court retains full jurisdiction over this action and the administrative closure of the case shall not prejudice any party. All pretrial and trial dates are hereby vacated. Within 14 days after the conclusion of

1  appellate review, the parties shall file a Joint Status Report.  Upon the failure to timely
2  comply with this Order, this action shall be deemed dismissed without prejudice.
3
4  IT IS SO ORDERED,
5
6  Dated:   August 11, 2011
7                                                                          _____
                                                                            DOLLY M. GEE
                                                                            United States District Judge