GEORGE E. AKWO (SBN 164670)
george@akwolaw.com
LAW OFFICES OF GEORGE E. AKWO
12080 Ventura Place, Suite D
Studio City, CA 91604
Tel.: (310) 435-9406;
Fax: (310) 496-2458

OPHIR JACOB BITTON (SBN 204310)
ophir@bittonlaw.com
BITTON & ASSOCIATES
12080 Ventura Place, Suite D
Studio City, CA 91604
Tel.: (818) 524-1223;
Fax: (818) 524-1224

Attorneys for Plaintiff and
Counter-Defendant, SOLID 21, INC.

STEPHEN YOUNGERMAN
(SBN 98784)
DAVID A. ROBINSON
(SBN 161103)
sy@ymlaw.net; dar@ymlaw.net
YOUNGERMAN & McNUTT LLP
11150 West Olympic Boulevard, Suite 900
Los Angeles, CA 90064
Tel.: (310) 478-3780; Fax: (310) 478-3831

JOHN MARGIOTTA (*admitted pro hac vice*)
LAURA POPP-ROSENBERG (*admitted pro hac vice*)
ANNA P. LEIPSIC (*admitted pro hac vice*)
jm@fzlz.com; lpopp-rosenberg@fzlz.com; aleipsic@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
Tel.: (212) 813-5900; Fax: (212) 813-5901

Attorneys for Defendants LVMH MOET
HENNESSY LOUIS VUITTON, INC. and
LVMH WATCH & JEWELRY USA, INC.
and Defendant and Counter-Claimant
HUBLOT OF AMERICA

# UNITES STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID 21, INC.,<br><br>      Plaintiff,<br><br>   vs.<br><br>HUBLOT OF AMERICA, *et al.*,<br><br>      Defendants. | Case No.: CV11-0468 DMG (JCx)<br><br>*[Assigned to Judge Dolly M. Gee in Courtroom 7]*<br><br><br>**JOINT STATUS REPORT** |
| HUBLOT OF AMERICA,<br><br>      Counter-Claimant,<br><br>   vs.<br><br>SOLID 21, INC.,<br><br>      Counter-Defendant. | |

   Plaintiff and Counter-Defendant SOLID 21, INC. ("Plaintiff"), by and through its undersigned counsel, and Defendants LVMH MOET HENNESSY LOUIS VUITTON, INC. and LVMH WATCH & JEWELRY USA, INC., and Defendant and Counter-Claimant HUBLOT OF AMERICA (collectively, "Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby submit the following joint status report statement in regard to the above-mentioned matter:

   On January 14, 2011, Plaintiff filed its Complaint in this Court as to Defendants. The Complaint alleged, *inter alia*, that Plaintiff is the rightful holder of a registered trademark for the word mark "RED GOLD" (the "Trademark") and that Defendants are infringing the Trademark by using the term Red Gold to market and advertise certain of their products. On April 13, 2011, Defendants filed their Answer and Counterclaims, in

which they asserted, *inter alia*, that Plaintiff's Trademark is generic and that Defendants' use of the term Red Gold is fair.

In their Amended Answer and Counterclaims filed on May 11, 2011, Defendants maintained their assertion that Plaintiff's Trademark is generic and that Defendant's use of the term Red Gold is fair.

On January 14, 2011, Plaintiff filed a similar lawsuit against Breitling USA Inc. ("Breitling"), among others, Case No.: 2:11-cv-00457-GAF-PLA (the "Breitling Case"), asserting, *inter alia*, that Breitling is similarly infringing the Trademark by using the term Red Gold to market and advertise certain of its products;

On June 20, 2011, Breitling filed a motion to dismiss pursuant to Rule 12(b)(6) on the alternative grounds that the Trademark is generic and/or that Breitling's use of the Trademark is fair.

On July 19, 2011, the Honorable Gary Allen Feess issued an order in the Breitling Case finding that the Trademark is generic without reaching a finding on the issue of fair use (the "Dismissal Order"). The issue of whether Plaintiff's Trademark is generic is also in dispute in this case, and Judge Feess' July 19, 2011 Dismissal Order in the Breitling Case finding that Plaintiff's Trademark is generic, unless overturned, would have a preclusive effect on the outcome of this case.

On August 15, 2011, this Court ordered that that this case is stayed pending Plaintiff's exhaustion of all of its remedies for review of the Dismissal Order and that, within 14 days after the conclusion of appellate review, the parties must file a Joint Status Report.

On August 17, 2011, Plaintiff filed an appeal for review of the Dismissal Order finding that Plaintiff's Trademark is generic.

On March 19, 2013, the 9th Circuit filed a memorandum of disposition reversing and remanding the Dismissal Order. A copy of that memorandum is attached hereto as Exhibit A.

| | | |
|---|---|---|
|1| Dated: April 2, 2013<br>**BITTON & ASSOCIATES** | Dated: April 2, 2013<br>**FROSS ZELNICK LEHRMAN & ZISSU, P.C.** |

By: _____/ss/_____
    Ophir Jacob Bitton
    (SBN 204310)
    (ophir@bittonlaw.com)
12080 Ventura Place, Suite D
Studio City, CA  91604
Tel.:  (818) 524-1223

**LAW OFFICES OF GEORGE E. AKWO**
George E. Akwo (SBN 164670)
(george@akwolaw.com)
12080 Ventura Place, Suite D
Studio City, CA  91604
Tel.:  (310) 435-9406

*Attorneys for Plaintiff and Counter-Defendant, Solid 21, Inc.*

By: _____/ss/_____
    John P. Margiotta
    (jm@fzlz.com)
    Laura Popp-Rosenberg
    (lpopp-rosenberg@fzlz.com)
    Anna P. Leipsic
    (aleipsic@fzlz.com)
866 United Nations Plaza
New York, NY  10017
Tel.:  (212) 813-5900

**YOUNGERMAN & McNUTT LLP**
Stephen Youngerman (SBN 98784)
(sy@ymlaw.net)
David A. Robinson (SBN 161103)
(dar@ymlaw.net)
11150 West Olympic Boulevard,
Suite 900
Los Angeles, CA  90064
Tel.:  (310) 478-3780

*Attorneys for Defendants LVMH Moet Hennessy Louis Vuitton, Inc. and LVMH Watch & Jewelry USA, Inc. and Defendant and Counter-Claimant Hublot of America*

{F1199728.1 }                                    4

JOINT STATUS REPORT
Case No.: CV11-0468 DMG (JCx)

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 12080 Ventura Place, Suite D, Studio City, CA 91604.

I served the document described **JOINT STATUS REPORT**, upon the interested parties in this action as follows:

| | |
|---|---|
| YOUNGERMAN & McNUTT LLP<br>Stephen Youngerman, Esq.<br>sy@ymlaw.net<br>David A. Robinson, Esq.<br>dar@ymlaw.net<br>11150 West Olympic Blvd., Suite 900<br>Los Angeles, CA 90064 | FROSS ZELNICK LEHRMAN & ZISSU P.C.<br>Laura Popp-Rosenberg, Esq.<br>lpopp-rosenberg@fzlz.com<br>John P. Margiotta, Esq.<br>jmargiotta@fzlz.com<br>Anna P. Leipsic, Esq.<br>aleipsic@fzlz.com<br>866 United Nations Plaza<br>New York, NY 10017 |

X  (**BY ELECTRONIC TRANSFER**) On April 2, 2013, I caused all of the pages of the above-entitled document(s) to be uploaded to the U.S. District Court "CM/ECF" System to be sent to the recipients listed herein via electronic transfer (EMAIL) at the respective EMAIL addresses indicated herein. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 2, 2013, at Los Angeles, California.


_____/ss/_____
REGINA GABUYO