GEORGE E. AKWO (SBN 164670)
george@akwolaw.com
LAW OFFICES OF GEORGE E. AKWO
12080 Ventura Place, Suite D
Studio City, CA  91604
Tel.:  (310) 435-9406;
Fax:  (310) 496-2458

OPHIR JACOB BITTON (SBN 204310)
ophir@bittonlaw.com
BITTON & ASSOCIATES
12080 Ventura Place, Suite D
Studio City, CA  91604
Tel.:  (818) 524-1223;
Fax:  (818) 524-1224

Attorneys for Plaintiff and
Counter-Defendant, SOLID 21, INC.

STEPHEN YOUNGERMAN
(SBN 98784)
DAVID A. ROBINSON
(SBN 161103)
sy@ymlaw.net; dar@ymlaw.net
YOUNGERMAN & McNUTT LLP
11150 West Olympic Boulevard, Suite 900
Los Angeles, CA  90064
Tel.:  (310) 478-3780; Fax:  (310) 478-3831

JOHN MARGIOTTA (*admitted pro hac vice*)
LAURA POPP-ROSENBERG (*admitted pro hac vice*)
ANNA P. LEIPSIC (*admitted pro hac vice*)
jm@fzlz.com; lpopp-rosenberg@fzlz.com; aleipsic@fzlz.com
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY  10017
Tel.:  (212) 813-5900; Fax:  (212) 813-5901

Attorneys for Defendants LVMH MOET
HENNESSY LOUIS VUITTON, INC. and
LVMH WATCH & JEWELRY USA, INC.
and Defendant and Counter-Claimant
HUBLOT OF AMERICA

**UNITES STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOLID 21, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HUBLOT OF AMERICA, *et al.*, <br><br> Defendants. <br><br> ——————————————— <br><br> HUBLOT OF AMERICA, <br><br> Counter-Claimant, <br><br> vs. <br><br> SOLID 21, INC., <br><br> Counter-Defendant. | Case No.: CV11-0468 DMG (JCx) <br><br> *[Assigned to Judge Dolly M. Gee in Courtroom 7]* <br><br> **JOINT REPORT ON PROPOSED CASE SCHEDULE** |

Pursuant to the Court's Order dated April 11, 2013, the parties to this action respectfully submit this Joint Report proposing new pretrial and trial dates following reinstatement of this action to the active docket.

As directed, following is the Schedule of Pretrial & Trial Dates Worksheet from the Court's Scheduling Conference Order dated March 16, 2011. With respect to the Worksheet, the parties request that the Court alter its standard scheduling protocol to move the deadline for making motions to a date *after* the expert discovery deadline. Any party seeking to make a motion for summary judgment in this case likely will seek to rely on expert evidence. Thus, setting a motion deadline in advance of expert discovery either will prevent the parties from making dispositive motions and thus force this case to trial, or will force expert discovery to take place alongside fact discovery, which neither party believes is appropriate. Therefore, in the following Worksheet, the parties have

suggested a motion deadline falling after expert discovery. The parties recognize that the suggested motion deadline date is not 13 weeks before the Final Pre-Trial Conference, as prescribed on the Court's form Worksheet. If necessary to satisfy the 13-week benchmark, the parties would prefer to move the Final Pre-Trial Conference (and other dates) out and maintain the motion deadline after expert discovery, rather than moving the motion deadline to a date before expert discovery has been completed.

Separately and additionally, the parties request that the Court reset the deadline by which Defendants may file a motion to strike Plaintiff's affirmative defenses, a motion that had been planned before the action was suspended in August 2011. (*See* Dkt. Nos. 40-42.) The parties request that the deadline for Defendants to move to strike Plaintiff's affirmative defenses be set for three (3) weeks after the date the Court issues the new scheduling order.

**SCHEDULE OF PRETRIAL & TRIAL DATES WORKSHEET**

| MATTER | JOINT REQUESTED DATE OR PLTF/DEFT REQUESTED DATE | TIME |
|---|---|---|
| TRIAL    [ ] Court    [X] Jury    Duration Estimate:    1 week | March 4, 2014 (Tuesday) | 8:30 a.m. |
| FINAL PRETRIAL CONFERENCE ("FPTC") 4 weeks before trial | February 4, 2014 (Tuesday) | 2:00 p.m. |

| MATTER | TIME COMPUTATION | JOINT REQUESTED DATE OR PLTF/DEFT REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off | 90 days after scheduling conference | |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 weeks before FPTC | Tuesday, October 15, 2013 |

{F1213561.2}   3

| | | |
|---|---|---|
| Motion Cut-Off (filing deadline) | at least 13 weeks before FPTC | Tuesday, January 7, 2014 (see comments above) |
| Initial Expert Disclosure & Report Deadline | at least 9 weeks before FPTC | Tuesday, October 29, 2013 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 weeks before FPTC | Tuesday, November 19, 2013 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 weeks before FPTC | Friday, December 6, 2013 |
| Settlement Conference Completion Date | at least 4 weeks before FPTC | Tuesday, January 7, 2014 |
| Motions in Limine Filing Deadline | at least 3 weeks before FPTC | Tuesday, January 14, 2014 |
| Opposition to Motion in Limine Filing Deadline | at least 2 weeks before FPTC | Tuesday, January 21, 2014 |
| Other Dates: (e.g., class cert motion cut-off, early mediation, etc.) | at least 90 days after complaint served (unless longer time justified) | |

| | |
|---|---|
| Dated: April 25, 2013<br>**BITTON & ASSOCIATES** | Dated: April 25, 2013<br>**FROSS ZELNICK LEHRMAN & ZISSU, P.C.** |
| By:   */George E. Akwo/*<br>     Ophir Jacob Bitton<br>     (SBN 204310)<br>     (ophir@bittonlaw.com)<br>12080 Ventura Place, Suite D<br>Studio City, CA  91604<br>Tel.:  (818) 524-1223<br><br>**LAW OFFICES OF GEORGE E. AKWO**<br>George E. Akwo (SBN 164670)<br>(george@akwolaw.com)<br>12080 Ventura Place, Suite D<br>Studio City, CA  91604<br>Tel.:  (310) 435-9406<br><br>*Attorneys for Plaintiff and Counter-Defendant, Solid 21, Inc.* | By:  */Laura Popp-Rosenberg/*<br>     John Margiotta<br>     (jm@fzlz.com)<br>     Laura Popp-Rosenberg<br>     (lpopp-rosenberg@fzlz.com)<br>     Anna P. Leipsic<br>     (aleipsic@fzlz.com)<br>866 United Nations Plaza<br>New York, NY  10017<br>Tel.:  (212) 813-5900<br><br>**YOUNGERMAN & McNUTT LLP**<br>Stephen Youngerman (SBN 98784)<br>(sy@ymlaw.net)<br>David A. Robinson (SBN 161103)<br>(dar@ymlaw.net)<br>11150 West Olympic Boulevard, Suite 900<br>Los Angeles, CA  90064<br>Tel.:  (310) 478-3780<br><br>*Attorneys for Defendants LVMH Moet Hennessy Louis Vuitton, Inc. and LVMH Watch & Jewelry USA, Inc. and Defendant and Counter-Claimant Hublot of America* |

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 12080 Ventura Place, Suite D, Studio City, CA 91604.

On April 25, 2013, I served the document described **JOINT REPORT ON PROPOSED CASE SCHEDULE**, upon the interested parties in this action as follows:

| | |
|---|---|
| YOUNGERMAN & McNUTT LLP<br>Stephen Youngerman, Esq.<br>sy@ymlaw.net<br>David A. Robinson, Esq.<br>dar@ymlaw.net<br>11150 West Olympic Blvd., Suite 900<br>Los Angeles, CA 90064 | FROSS ZELNICK LEHRMAN & ZISSU P.C.<br>Laura Popp-Rosenberg, Esq.<br>lpopp-rosenberg@fzlz.com<br>John P. Margiotta, Esq.<br>jmargiotta@fzlz.com<br>Anna P. Leipsic, Esq.<br>aleipsic@fzlz.com<br>866 United Nations Plaza<br>New York, NY 10017 |

   x   (**BY ELECTRONIC TRANSFER**) I caused all of the pages of the above-entitled document(s) to be uploaded to the U.S. District Court "CM/ECF" System to be sent to the recipients listed herein via electronic transfer (EMAIL) at the respective EMAIL addresses indicated herein. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 25, 2013, at Los Angeles, California.

*/Regina Gabuyo/*
REGINA GABUYO