STEPHEN YOUNGERMAN (SBN 98784)
DAVID A. ROBINSON (SBN 161103)
sy@ymlaw.net; dar@ymlaw.net
YOUNGERMAN & McNUTT LLP
1150 West Olympic Boulevard, Suite 900
Los Angeles, CA 90064
Tel: (310) 478-3780; Fax (310) 478-3831

ROBERT E. SHAPIRO (*admitted pro hac vice*)
WENDI E. SLOANE (*admitted pro hac vice*)
SHARON E. CALHOUN (*admitted pro hac vice*)
rob.shapiro@bfkn.com; wendi.sloane@bfkn.com; sharon.calhoun@bfkn.com
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, IL  60606
Tel: (312) 984-3100; Fax:  (312) 984-3150

*Attorneys for Defendants LVMH MOET HENNESSY LOUIS VUITTON INC., LVMH WATCH & JEWELRY USA, INC., and Defendant and Counter-Claimant HUBLOT of AMERICA*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID 21, INC.,<br><br>         Plaintiff,<br><br>vs.<br><br>HUBLOT OF AMERICA, et al.,<br><br>         Defendants.<br><br>HUBLOT OF AMERICA, et al.,<br><br>         Counter-Claimant,<br><br>vs.<br><br>SOLID 21, INC.,<br><br>         Counter-Defendant. | Case No.: cv 11-0468 DMG (JCx)<br><br>*[Assigned to Judge Dolly M. Gee in Courtroom 7]*<br><br>**NOTICE OF  DEFENDANTS LVMH MOET HENNESSY LOUIS VUITTON INC., LVMH WATCH & JEWELRY USA, INC., AND DEFENDANT AND COUNTER-CLAIMANT HUBLOT OF AMERICA'S MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL THE QUESTION OF THE IMPACT OF GENERICNESS**<br><br>Date:   January 9, 2015<br>Time:  9:30 a.m.<br>Courtroom 7<br><br>Complaint Filed: January 14, 2011<br>Trial Date: _____ |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 9, 2015, at 9:30 a.m., or as soon thereafter as may be heard, Defendants LVMH Moet Hennessy Louis Vuitton Inc., LVMH Watch & Jewelry USA, Inc. and Defendant and Counter-Claimant Hublot of America (collectively, "Defendants"), pursuant to 28 U.S.C. §1292(b), will move to certify for interlocutory appeal the Court's September 29, 2014 Order [Doc. #129] on the following question:

> Is a trademark that was generic at the time of registration always generic, so that evidence of acquired secondary meaning is not relevant to the validity of the trademark?

This motion will be made before the Honorable Dolly M. Gee, United States District Judge, United States District Court for the Central District of California, Western Division, 312 North Spring Street, Los Angeles, California, Courtroom 7.

The grounds for Defendants' Motion for Certification for Interlocutory Appeal are that this Court's September 29, 2014 Summary Judgment Order, which was a departure from the "once generic, always generic" principle adopted by the Ninth Circuit, satisfies the three criteria for interlocutory appeal under 28 U.S.C. §1292(b): (1) it is a controlling question of law whose resolution could materially affect the outcome of the litigation, for if a mark that was once generic cannot become a valid trademark, Plaintiff has no protectable rights; (2) the Court's ruling that a previously-generic term may subsequently acquire secondary meaning, thereby creating trademark rights, has produced substantial grounds for a difference of opinion within the Ninth Circuit and with every other Circuit that has considered the issue; and (3) immediate appeal will materially advance the ultimate termination of this litigation, as the issue of the genericness of the term Red Gold

was the only basis upon which the Court denied Defendants' Summary Judgment Motion.

This Motion is made following the telephonic conference, pursuant to L.R.7-3, which took place on October 27, 2014 with counsel for Plaintiff, Robert A. Kashfian and Ryan D. Kashfian.

This Motion is based on this Notice and the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Certify for Interlocutory Appeal the Question of the Impact of Genericness; all prior pleadings and proceedings in this matter; and all oral and written evidence to be presented at the hearing, if any, on this Motion.

Dated: October 29, 2014                    Respectfully Submitted,

BARACK FERRAZZANO KIRSCHBAUM
   & NAGELBERG LLP
Robert E. Shapiro
Wendi E. Sloane
Sharon E. Calhoun
    -and-
YOUNGERMAN & McNUTT LLP
Stephen Youngerman
David A. Robinson

By: ___/s/ Robert E. Shapiro_____
     Robert E. Shapiro

*Attorneys for Defendants LVMH MOET HENNESSY LOUIS VUITTON INC., LVMH WATCH & JEWELRY USA, INC., and Defendant and Counter-Claimant HUBLOT of AMERICA*

3

NOTICE OF DEFENDANTS LVMH MOET HENNESSY LOUIS VUITTON INC., LVMH
WATCH & JEWELRY USA, INC., AND DEFENDANT AND COUNTER-CLAIMANT
HUBLOT OF AMERICA'S MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL
THE QUESTION OF THE IMPACT OF GENERICNESS

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11150 West Olympic boulevard, Suite 900, Los Angeles, California 90064.

On October 29, 2014, I served the foregoing document described as **NOTICE OF DEFENDANTS LVMH MOET HENNESSY LOUIS VUITTON INC., LVMH WATCH & JEWELRY USA, INC., AND DEFENDANT AND COUNTER-CLAIMANT HUBLOT OF AMERICA'S MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL THE QUESTION OF THE IMPACT OF GENERICNESS** on the interested parties in this action as follows:

**[PER THE ATTACHED SERVICE LIST]**

☒ (BY ELECTRONIC TRANSFER) I caused all of the pages of the above-entitled document(s) to be uploaded to the U.S. District Court "CM/ECF" System to be sent to the recipients listed herein via electronic transfer (EMAIL) at the respective EMAIL addresses indicated herein.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 29, 2014, at Los Angeles, California.

*// Katie Yamashita //*
_____
Katie Yamashita

4

NOTICE OF DEFENDANTS LVMH MOET HENNESSY LOUIS VUITTON INC., LVMH WATCH & JEWELRY USA, INC., AND DEFENDANT AND COUNTER-CLAIMANT HUBLOT OF AMERICA'S MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL THE QUESTION OF THE IMPACT OF GENERICNESS

# SERVICE LIST

*Solid 21, Inc. v. Hublot of America, et al.*
U.S. District Court - Central District Case No.: CV11-468 DMG (JCx)

| | |
|---|---|
| Robert Adam Kashfian<br>Ryan Daniel Kashfian<br>George E. Akwo<br>Kashfian & Kashfian LLP<br>1875 Century Park East, Suite 1340<br>Century City, California 90067-2514<br><br>*Attorneys for Plaintiff and Counter-Defendant SOLID 21, INC.* | Ophir Jacob Bitton<br>Bitton and Associates<br>12080 Ventura Place, Suite D<br>Studio City, California 91604-2634<br><br>*Attorneys for Plaintiff and Counter-Defendant SOLID 21, INC.* |
| John Margiotta<br>Laura Popp-Rosenberg<br>Anna Leipsic<br>Fross Zelnick Lehrman & Zissu, P.C.<br>866 United Nations Plaza<br>New York, NY 10017<br>Tel.: (212) 813-5900<br>Fax: (212) 813-5901<br><br>*Attorneys for Defendants LVMH MOET HENNESSY LOUIS VUITTON, INC. and LVMH WATCH & JEWELRY USA, INC. and Defendant and Counter-Claimant HUBLOT OF AMERICA* | Robert Shapiro<br>Wendi E. Sloane<br>Sharon Calhoun<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison Street, Suite 3900<br>Chicago, Illinois 60606<br>Tel.: (312) 984-3166<br><br>*Attorneys for Defendants LVMH MOET HENNESSY LOUIS VUITTON, INC. and LVMH WATCH & JEWELRY USA, INC. and Defendant and Counter-Claimant HUBLOT OF AMERICA* |