**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID 21, INC., <br><br> Plaintiff, <br><br> v. <br><br> HUBLOT OF AMERICA, et al., <br><br> Defendants. | Case No. CV 11-00468 DMG (JCx) <br><br> **JUDGMENT** |

Pursuant to the Court's June 12, 2015 Amended Order re Defendants' Motion for Summary Judgment [Doc. # 153], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Hublot of America, LVMH Moet Hennessy Louis Vuitton SA, LVMH Moet Hennessy Louis Vuitton, Inc., and LVMH Watch and Jewelry USA, Inc. and against Plaintiff Solid 21, Inc., which shall take nothing.

**IT IS SO ORDERED**.

DATED: June 16, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE