| | UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|---|
| AO44 (Rev. 11/07) | | |

INVOICE NO: 20140060

**MAKE CHECKS PAYABLE TO:**

Anna Leipsic
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017

Phone: (212) 813-8215

*aleipsic@fzlz.com*

Anne Kielwasser, CSR RPR CRR
Official Court Reporter
312 N. Spring Street
Suite 432
Los Angeles, CA 90012

Phone: (213) 894-2969

*anne.kielwasser@gmail.com*

☐ CRIMINAL  ☒ CIVIL    DATE ORDERED: 03-04-2014    DATE DELIVERED:

**Case Style:** 11-468, SOLID v Hublot
4/25/14 transcript of hearing before Judge Gee

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 71 | 7.26 | 515.46 | | | | | | | 515.46 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 515.46 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Deposit Date: 05-06-2014** | LESS AMOUNT OF DEPOSIT: | 429.55 |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $85.91 |

ADDITIONAL INFORMATION
 Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
 I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                                                   DATE

*(All previous editions of this form are cancelled and should be destroyed)*