Manatt, Phelps & Phillips, LLP
YURI MIKULKA (SBN 185926)
E-mail: YMikulka@manatt.com
CALEB BEAN (SBN 299751)
E-mail: CBean@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Telephone: (714) 371-2500
Facsimile: (714) 371-2550

Barack Ferrazzano Kirschbaum & Nagelberg LLP
WENDI E. SLOANE (*pro hac vice*)
E-mail: wendi.sloane@bfkn.com
SHERMIN KRUSE (*pro hac vice*)
E-mail: shermin.kruse@bfkn.com
HANNAH JUROWICZ (*pro hac vice*)
E-mail: hannah.jurowicz@bfkn.com
200 W. Madison Street, Suite 3900
Chicago, IL 60606
Telephone: (312) 984-3100
Facsimile: (312) 984-3150

Attorneys for Defendants
LVMH MOET HENNESSY LOUIS VUITTON, INC.; LVMH WATCH & JEWELRY USA, INC.; AND HUBLOT OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID 21, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>HUBLOT OF AMERICA, Inc.; LVMH MOET HENNESSY LOUIS VUITTON, INC.; LVMH WATCH & JEWELRY USA, INC.; and LVMH MOET HENNESSY LOUIS VUITTON S.A.,<br><br>   Defendants. | No. 2:11-cv-00468-DMG (JCx)<br><br>SUPERSEDING ORDER ON STIPULATED PROTECTIVE ORDER<br><br>Hon. Dolly M. Gee, Courtroom 7<br>Hon. Jacqueline Chooljian<br><br>Complaint Filed: January 14, 2011 |
| HUBLOT OF AMERICA, Inc.,<br><br>   Counter-Claimant,<br>vs.<br><br>SOLID 21, INC.,<br><br>   Counter-Defendant. | |

ORDER

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Stipulated Protective Order ("Joint Stipulation") filed by |
| 3 | Plaintiff SOLID 21, INC. and Defendants LVMH MOET HENNESSY LOUIS |
| 4 | VUITTON, INC.; LVMH WATCH & JEWELRY USA, INC.; AND HUBLOT OF |
| 5 | AMERICA, INC., filed with this Court on October 24, 2017 (Docket No. 178), the |
| 6 | Court rules as follows: |
| 7 | IT IS HEREBY ORDERED that the Joint Stipulation is entered as an Order |
| 8 | of the Court and supersedes the prior Protective Order entered in this action (Docket |
| 9 | Nos. 31, 34). |
| 10 | IT IS SO ORDERED. |

Dated: October 26, 2017 _____/s/_____
Honorable Jacqueline Chooljian
United States Magistrate Judge