Yuri Mikulka (SBN 185926)
ymikulka@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA  92626-1924
Tel:  (714) 371-2500

Robert E. Shapiro (*admitted pro hac vice*)
Wendi E. Sloane (*admitted pro hac vice*)
rob.shapiro@bfkn.com
wendi.sloane@bfkn.com
BARACK FERRAZZANO KIRSCHBAUM
  & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, IL  60606
Tel: (312) 984-3100

*Attorneys for Hublot of America, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID 21, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HUBLOT OF AMERICA, Inc.,<br><br>　　　　Defendant. | No.  2:11-cv-00468 DMG (JCx)<br><br>Hon. Dolly M. Gee<br><br>**Joint Trial Witness Time Estimation Form** |
| HUBLOT OF AMERICA, Inc.,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>SOLID 21, INC.,<br><br>　　　　Counter-Defendant. | Pretrial Conference: October 2, 2018<br>Trial Date:  October 23, 2018 |

1

## JOINT TRIAL WITNESS TIME ESTIMATE FORM

**Case No.:** 11-468-DMG (JCx),  Solid 21, Inc. v. Hublot of America, Inc.   **Trial Date:** October 23, 2018

Plaintiff's Witnesses

| No. | Witness | | | |
|---|---|---|---|---|
| 1 | **Aire, Christopher** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 4 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 3-4 Hours |
| | Brief Description of Testimony | All elements of Solid 21's case, including relevant background about its business and customers, and the "Red Gold" trademark. | | |
| 2 | **Goodwin, Aaron** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 0.25-0.5 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 0.25 Hours |
| | Brief Description of Testimony | Consumer recognition of the "Red Gold" brand and trademark and consumer confusion relating to unauthorized use of same. | | |
| 3 | **Filotei, Robert** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 0.5-0.75 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 0.25 Hours |
| | Brief Description of Testimony | Consumer recognition of the "Red Gold" brand and trademark, background on the watch industry and the time frame in which it began using the mark, and consumer confusion relating to | | |

| No. | Witness | | | |
|---|---|---|---|---|
| | | | unauthorized use of same. | |
| 4 | **Obeng, Michael** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 0.5-0.75 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 0.25 Hours |
| | Brief Description of Testimony | Consumer recognition of the "Red Gold" brand and trademark and consumer confusion relating to unauthorized use of same. | | |
| 5 | **Payton, Gary** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 0.5 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 0.25 Hours |
| | Brief Description of Testimony | Consumer recognition of the "Red Gold" brand and trademark and consumer confusion relating to unauthorized use of same. | | |
| 6 | **Burrell, Orville "Shaggy"** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 0.5 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 0.25 Hours |
| | Brief Description of Testimony | Consumer recognition of the "Red Gold" brand and trademark and consumer confusion relating to unauthorized use of same. | | |
| 7 | **Bilyayev, Lucille** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 0.25-0.5 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 0.25 Hours |
| | Brief Description of Testimony | Consumer recognition of the "Red Gold" brand and trademark and consumer confusion relating to unauthorized use of same. | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 8 | **Okoebar, Shadrach** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 0.75-1 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 0.50 Hours |
| | Brief Description of Testimony | Relevant background about Solid 21's business and customers, the "Red Gold" brand, and consumer confusion relating to unauthorized use of same. | | |
| 9 | **Pratt, Wendy** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 0.25-.5 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 0.25 Hours |
| | Brief Description of Testimony | Consumer recognition of the "Red Gold" brand and trademark and consumer confusion relating to unauthorized use of same. | | |
| 10 | **Winer, Russell** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 1-2 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 1-2 Hours |
| | Brief Description of Testimony | Solid 21's marketing of the "Red Gold" brand and Hublot's marketing of "Red Gold," including Dr. Winer's expert report. | | |
| 11 | **Butters, Ronald** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 1.5-2 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 1 Hour |
| | Brief Description of Testimony | Dr. Butters report and opinions regarding usage of "Red Gold." | | |

| 12 | **Kaczmarek, Brent** | | | |
|---|---|---|---|---|
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | .75-1 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 1 Hours |
| | Brief Description of Testimony | Dr. Kaczmarek's expert reports and all issues concerning Solid 21's damages. | | |
| 13 | **Ericksen, Eugene** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 1-2 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 1-2 Hours |
| | Brief Description of Testimony | Dr. Ericksen's expert report and survey regarding lack of genericness. | | |
| 14 | **Duvall, Anabet (may call)** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 0.25-.05 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 0.2 Hours |
| | Brief Description of Testimony | Consumer recognition of the "Red Gold" brand and trademark and consumer confusion relating to unauthorized use of same.. | | |
| 15 | **Savoy, Pascal (may call)** | | | |
| | Direct Examiner | Solid 21 | Direct Exam Time Est: | 0.25-0.5 Hours |
| | Cross Examiner | Hublot | Cross Exam Time Est: | 0.25 Hours |
| | Brief Description of Testimony | Hublot's knowledge of Solid 21 and the "Red Gold" mark. *Hublot objects to the introduction of Mr. Savoy, as he was not disclosed in the proposed witness list provided by Solid 21 on August 31, 2018, and he was not added as a witness until the night pretrial | | |

| | | filings were due, September 19, 2018. | | |
|---|---|---|---|---|

Defendant's Witnesses:

| No. | Witness | | | |
|---|---|---|---|---|
| 1 | **Sberro, Jean-Francois** | | | |
| | Direct Examiner | Hublot | Direct Exam Time Est: | 2.5 Hours |
| | Cross Examiner | Solid 21 | Cross Exam Time Est: | 1-2 Hours |
| | Brief Description of Testimony | All elements of Hublot's case, including relevant background about its business and customers, the industry and its use of the phrase "red gold" and Hublot's other defenses | | |
| 2 | **Guadalupe, Ricardo** | | | |
| | Direct Examiner | Hublot | Direct Exam Time Est: | 2-3 Hours |
| | Cross Examiner | Solid 21 | Cross Exam Time Est: | 2 Hours |
| | Brief Description of Testimony | All elements of Hublot's case, including relevant background about its business and customers, the industry and its use of the phrase "red gold" and Hublot's other defenses (may need interpreter) | | |
| 3 | **Bjurstrom, Laura** | | | |
| | Direct Examiner | Hublot | Direct Exam Time Est: | 1.5-2 Hours |
| | Cross Examiner | Solid 21 | Cross Exam Time Est: | 1 Hour |
| | Brief Description of Testimony | Ms. Bjurstrom's expert reports and all issues concerning the use of the phrase "red gold" in the relevant marketplace | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 4 | **Jay, E. Deborah** | | | |
| | Direct Examiner | Hublot | Direct Exam Time Est: | 2-3 Hours |
| | Cross Examiner | Solid 21 | Cross Exam Time Est: | 1.5 Hours |
| | Brief Description of Testimony | Dr. Jay's survey and expert report concerning the term "red gold" | | |
| 5 | **Gardner, Cecilia** | | | |
| | Direct Examiner | Hublot | Direct Exam Time Est: | 1-1.5 Hours |
| | Cross Examiner | Solid 21 | Cross Exam Time Est: | 1 Hour |
| | Brief Description of Testimony | Ms. Gardner's expert report and all issues concerning the use of the phrase "red gold" in the relevant marketplace | | |
| 6 | **Lent, Anthony** | | | |
| | Direct Examiner | Hublot | Direct Exam Time Est: | 1-2 Hours |
| | Cross Examiner | Solid 21 | Cross Exam Time Est: | 1 Hour |
| | Brief Description of Testimony | Mr. Lent's expert report and all issues concerning the use of the phrase "red gold" in the relevant marketplace | | |
| 7 | **Barré, Christophe** | | | |
| | Direct Examiner | Hublot | Direct Exam Time Est: | 1-2 Hours (may call) |
| | Cross Examiner | Solid 21 | Cross Exam Time Est: | 1-1.5 Hours |
| | Brief Description of Testimony | Hublot's financial expenditures and results and all other facts relevant to Solid 21's claimed damages | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 8 | **Girdvainis, Gary** | | | |
| | Direct Examiner | Hublot | Direct Exam Time Est: | 0.5-1 Hour (may call) |
| | Cross Examiner | Solid 21 | Cross Exam Time Est: | 0.25 Hours |
| | Brief Description of Testimony | Use of the phrase "red gold" in consumer publications and the Chris Aire brand | | |
| 9 | **Simonson, Itamar** | | | |
| | Direct Examiner | Hublot | Direct Exam Time Est: | 2 Hours (may call) |
| | Cross Examiner | Solid 21 | Cross Exam Time Est: | 1 Hour |
| | Brief Description of Testimony | Mr. Simonson's expert reports | | |
| 10 | **Kinrich, Jeffrey** | | | |
| | Direct Examiner | Hublot | Direct Exam Time Est: | 2 Hours (may call) |
| | Cross Examiner | Solid 21 | Cross Exam Time Est: | 1 Hour |
| | Brief Description of Testimony | Mr. Kinrich's expert reports and all issues concerning Solid 21's claimed damages | | |
| | | | | |

Dated:  September 18, 2018

HUBLOT OF AMERICA, INC.

By: */s/ Wendi E. Sloane*
Yuri Mikulka (Bar No. CA 185926)
ymikulka@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA  92626-1924
Tel:  (714) 371-2500; Fax:  (714) 371-2550

*Admitted pro hac vice:*

Robert E. Shapiro
Wendi E. Sloane
rob.shapiro@bfkn.com
wendi.sloane@bfkn.com
BARACK FERRAZZANO KIRSCHBAUM
  & NAGELBERG LLP
200 West Madison Street, Suite 3900
Chicago, IL  60606
Tel: (312) 984-3100; Fax:  (312) 984-3150

*Attorneys for Hublot of America, Inc.*


SOLID 21, INC.

By:  */s/ David L. Hecht*
David L. Hecht (NYSBN4695961)
(admitted *pro hac vice*)
dhecht@piercebainbridge.com
Yi Wen Wu (NYSBN 5294475)
wwu@piercebainbridge.com
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
20 West 23rd Street, 5th Floor
New York, NY  10010
(213) 262-9333

John M. Pierce (SBN 250443)
john@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
carolynn@piercebainbridge.com

9

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
600 Wilshire Boulevard, Suite 500
Los Angeles, California 9001-3212
(213) 262-9333

*Attorney for the Plaintiff*