**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Carolynn K. Beck (SBN 264703)
cbeck@piercebainbridge.com
David L. Hecht (NYSBN 4695961)
(admitted *pro hac vice*)
600 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-3212
(213) 262-9333

*Attorneys for Plaintiff Solid 21, Inc.*

Yuri Mikulka (SBN 185926)
ymikulka@mannatt.com
**MANNATT, PHELPS & PHILLIPS, LLP**
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626-1924
Tel: (714) 371-2500

Robert E. Shapiero *(admitted pro hac vice)*
Wendi E. Sloane *(admitted pro hac vice*)
rob.sharpiro@bkfn.com
wendi.sloane@ bfkn.com
**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
200 West Madison Street, Suite 3900
Chicago, IL 60606
Tel: (312) 984-3100

*Attorneys for Hublot of America, Inc., LVMH Moët Hennessy Louis Vuitton, S.E., f/k/a LVMH Moët Hennessy Louis Vuitton S.A., LVMH Moet Hennessy Louis Vuitton Inc., and LVMH Watch and Jewelry USA, Inc.*

**Joint Stipulation for Dismissal**

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Solid 21, Inc.**,<br><br>      Plaintiff,<br><br>   v.<br><br>**Hublot of America, Inc.**,<br><br>      Defendant.<br><br>**Hublot of America, Inc.**,<br><br>      Counter-Claimant,<br><br>   v.<br><br>**Solid 21, Inc.**<br><br>      Counter-Defendant. | Case No. CV 11-468-DMG (JCx)<br>Hon. Dolly M. Gee<br><br>**STIPULATED JOINT DISMISSAL WITH PREJUDICE OF HUBLOT OF AMERICA, INC.; LVMH WATCH AND JEWELRY USA, INC.; LVMH MOËT HENNESSY LOUIS VUITTON INC. AND LVMH MOËT HENNESSY LOUIS VUITTON S.E, F/K/A LVMH MOËT HENNESSY LOUIS VUITTON S.A.; AND DISMISSAL WITH PREJUDICE OF COUNTER-DEFENDANT SOLID 21**<br><br>Action Filed: January 14, 2011<br>Trial Date: Oct. 23, 2018 |

1  Plaintiff Solid 21, Inc. ("**Solid 21**"), by and through its counsel of
2  record, Pierce Bainbridge Beck Price & Hecht LLP, hereby stipulates
3  to the dismissal with prejudice of all claims asserted against Hublot of
4  America, Inc. ("**Hublot**"), in the above captioned action, and stipulates
5  to the dismissal with prejudice of all claims previously asserted
6  against LVMH Moët Hennessy Louis Vuitton S.E. f/k/a LVMH Moët
7  Hennessy Louis Vuitton S.A., LVMH Moet Hennessy Louis Vuitton
8  Inc., and LVMH Watch & Jewelry USA Inc., in the above-captioned
9  action, which claims Solid 21 previously stipulated to dismiss without
10 prejudice (ECF # 197 and ECF # 243).

11 Counter-Claimant Hublot, by and through its counsel of record,
12 Barack Ferrazzano Kirschbaum & Nagelberg LLP, hereby stipulates
13 to the dismissal with prejudice of all claims asserted against Solid 21
14 in the above captioned action.

15 Each party shall bear its own costs.

16 **IT IS SO STIPULATED**.

17 Dated: October 4, 2018

SOLID 21, Inc.

By: /s/ David L. Hecht

David L. Hecht
dhecht@piercebainbridge.com
PIERCE BAINBRIDGE BECK PRICE AND
HECHT LLP
20 West 23rd Street, Fifth Floor
New York, NY 10010
Tel: (213) 262-9333

LVMH Moet Hennessy Louis Vuitton Inc., LVMH Watch and Jewelry USA, Inc., and Hublot of America, Inc.

By: /s/ Robert E. Shapiro
Robert E. Shapiro
rob.shapiro@bfkn.com
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 W. Madison Street
Suite 3900
Chicago, IL 60606
Tel: (312) 984-3118