1
2
3
4
5
6
7
8

## THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Solid 21, Inc.**, | Case No. CV 11-468-DMG (JCx) |
| Plaintiff, | Hon. Dolly M. Gee |
| v. | |
| **Hublot of America, Inc.**, | **[Proposed] Order Granting Joint Stipulation for Dismissal with Prejudice** |
| Defendant. | |
| **Hublot of America, Inc.**, | Trial Date: Oct. 23, 2018 |
| Counter-Claimant, | |
| v. | |
| **Solid 21, Inc.** | |
| Counter-Defendant. | |

**[Proposed] Order Granting Joint Stipulation for Dismissal**

# [PROPOSED] ORDER

The Court, having considered the Stipulation of the parties, for the reasons stated therein, and for good cause shown thereby, orders that the above-captioned action is hereby dismissed with prejudice of all claims.

**IT IS SO ORDERED.**

Date: _____

Hon. Dolly M. Gee
United States District Judge

**[Proposed] Order Granting Joint Stipulation for Dismissal**